In the Matter of the Application of PENELOPE G. MILLER, Petitioner, Respondent, for the Care, Custody and Control of LAURIE-MAY BUHRER, an Infant. L. DOWNER BUHRER, Appellant.— Order reversed, the custody of the infant awarded to her father and the petition dismissed, on the ground that the record presents no facts justifying depriving the father of the custody of his child. Present — O'Malley, Townley, Untermyer, Dore and Callahan, JJ.; Untermyer and Dore, JJ., dissent and vote for affirmance.

In the Matter of the Judicial Settlement of the Account of Proceedings of THERESE K. STRAUS and Others, as Surviving Executors, and of IRMA N. STRAUS, and Others, as Executors, etc., of JESSE ISIDOR STRAUS, Deceased Executor, etc., of HERBERT N. STRAUS, Deceased. ROBERT W. LYONS and Others, Appellants; THERESE K. STRAUS and Others, Respondents.— Decrees and order unanimously affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

JOSEPH M. GARGANO, Appellant, v. BENJAMIN WEISSBERG, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order upon payment of said costs and the ten dollars costs of motion at Special Term. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK ROGERS, Also Known as SOL GANZ, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT W. HICKS, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

ELSIE ARONSTEIN, Appellant, v. NORTHERN ASSURANCE COMPANY, LTD., OF LONDON, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ALFIO LA FERLA, Respondent, v. KOKUSAI KISEN KABUSHIKI KAISHA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

CHARLES E. KECK, Respondent, v. CHARLES B. SAXON, INC., Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [164 Misc. 17.]

MYRAL Z. TINKLEMAN, Formerly Known as MYRAL Z. HIRSCHBERG, Appellant, v. 415 EAST 12TH STREET CORPORATION and Others, Defendants, Impleaded with HOWILO REAL ESTATE CO., INC., Respondent.— Order unanimously modified by providing that the judgment of foreclosure and sale, dated January 10, 1935, be vacated only to the extent that it adjudges Howilo Real Estate Co., Inc., to be liable to the plaintiff on its bond and allowing said defendant to interpose and file its verified answer to the amended complaint with respect to its liability for any deficiency, upon condition, however, that said defendant be bound by all other proceedings heretofore had in the action, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Cohn and Callahan, JJ.